UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 16 P 3: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID FRANKLIN, <br><br> Plaintiff, <br><br> v. <br><br> PARKE-DAVIS, DIVISION OF WARNER-LAMBERT COMPANY, and PFIZER INC, <br><br> Defendants. | Civil Action <br> No. 96-11651-PBS |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions

of the False Claims Act, 31 U.S.C. § 3730(b)(1), in accordance with the terms of the Civil and

Administrative Settlement Agreement (Settlement Agreement) between the United States,

Relator David Franklin, Pfizer Inc and Parke-Davis, Division of Warner-Lambert Company

LLC, and, specifically, Paragraph 2 thereof, and conditioned upon receipt of payment of the

Settlement Amount as required by Paragraph 1 of the Settlement Agreement, the United States,

Relator David Franklin, Pfizer Inc, and Parke-Davis, hereby stipulate, through their undersigned

counsel, to the entry of an order dismissing Relator's Amended Complaint in this action, with

prejudice to Relator and without prejudice to the United States, subject to the terms of the

Settlement Agreement. Relator David Franklin, Pfizer Inc, and Parke-Davis, further stipulate

that the Court shall retain jurisdiction to decide any issue concerning Relator's claim to recover

attorneys' fees and costs from Pfizer Inc, and Parke-Davis. This stipulation has no effect on

claims or allegations not specifically dismissed herein.

Relator stipulates that the Settlement Agreement is fair, adequate, and reasonable under all the circumstances as defined by 31 U.S.C. § 3730(c)(2)(B).

Relator further stipulates that payment of a Relator's share of $24,640,000 to Relator fully satisfies and resolves all claims by Relator against the United States under the False Claims Act arising out of the filing of this action and any other claims to a share of the proceeds of this action.

The parties respectfully request that the Court enter an order in the form of the proposed order attached.

Respectfully submitted,

COUNSEL FOR RELATOR:

By: _____
THOMAS GREENE
125 Summer Street
Boston, MA 02210
Counsel to Relator David Franklin

COUNSEL FOR DEFENDANTS:

Dated: 6/14/04

By: _____
James P. Rouhandeh
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
Counsel to Parke-Davis, Division of
    Warner-Lambert Company, and Pfizer Inc

2

Pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby consents to the entry of the

proposed order of dismissal attached hereto, subject to the terms of the Settlement Agreement

COUNSEL FOR THE UNITED STATES:

MICHAEL J. SULLIVAN
United States Attorney

PETER D. KEISLER
Assistant Attorney General

SARA MIRON BLOOM
Assistant United States Attorney
Courthouse Way
Boston, MA 02110
(617) 748-3265

MICHAEL F. HERTZ
ALAN KLEINBURD
STANLEY ALDERSON
JONATHAN L. DIESENHAUS
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 616-1436

DATED: 6/14/04

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DAVID FRANKLIN,<br><br>Plaintiff,<br><br>v.<br><br>PARKE-DAVIS, DIVISION OF<br>WARNER-LAMBERT COMPANY,<br>PFIZER INC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)  No. 96-11651-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On _____, the United States, Relator David Franklin, Pfizer Inc, and Parke-Davis,

filed a stipulation to dismiss certain claims pursuant to Rule 41(a) of the Federal Rules of Civil

Procedure and 31 U.S.C. § 3730(b)(1). Upon due consideration of the stipulation and the papers

on file in this action,

IT IS HEREBY ORDERED that,

1.      In accordance with the terms of the Civil and Administrative Settlement

Agreement (Settlement Agreement) between the United States, Relator David Franklin, Pfizer

Inc and Parke-Davis, Division of Warner-Lambert Company, and conditioned upon payment by

the Defendants of the Settlement Amount stipulated therein, all claims stated in the Relator's

Amended Complaint in this action are hereby DISMISSED, with prejudice to Relator and

without prejudice to the United States.

2.      As to the dismissed claims and allegations, the Court shall retain jurisdiction to decide all issues concerning Relator's claim to recover attorney's fees and costs from Pfizer Inc, and Parke-Davis.

3.      No claim or allegation other than those specifically identified in the stipulation and herein shall be dismissed.

4.      Upon receipt of the settlement amount from the Defendants paid pursuant to the Civil and Administrative Settlement Agreement, and consistent with the terms of the Relator Share Agreement between the United States and Relator Franklin, as soon as practicable after the latter of (a) the date of payment to the United States by the Defendants and (b) the date of entry of this Order, the United States shall pay Relator Franklin $24,640,000. Payment of that sum by the United States fully satisfies and resolves all claims by Relator against the United States under the False Claims Act arising out of the filing of this action and any other claims to a share of the proceeds of this action. No other relator shall receive any share of the proceeds of this action.

Done this _____ day of _____, 2004.


_____
UNITED STATES DISTRICT JUDGE