UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DAVID FRANKLIN,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., and PARKE-DAVIS,<br>DIVISION OF WARNER-LAMBERT,<br>COMPANY,<br><br>Defendants. | Civil Action No. 96-11651-PBS |

**RELATOR'S MOTION FOR AN AWARD OF REASONABLE
ATTORNEYS' FEES AND COSTS**

Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, David Franklin (the "Relator") respectfully requests that the Court enter an order awarding him a reasonable attorney's fee of $2,904,706.75, plus an upward adjustment in an amount to be determined by the Court, and costs of $212,103.60. Such an award is provided for by the False Claims Act, 31 U.S.C. 3730(d)(2).

This Motion is supported by the affidavits and materials contained in the Appendix filed herewith.

A memorandum of law in support to the motion is also filed herewith.

Respectfully submitted,

DAVID FRANKLIN

By his Attorney,

Thomas F. Maffei (BBO# 313220)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, Mass. 02110
(617) 542-9906
(617) 542-0900 (fax)

Dated: July 21, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand/facsimile on 7/21/04